Attachment A

Defendants' Initial Disclosures

List of Persons Likely to Have Discoverable Information

January 21, 2012

|  | Name | Subjects of Information |
|---|---|---|
| 1. | **Craig Capell**<br>Senior Director of Client Relations | Omnicare's interactions with and contracts with relevant PBMs; Omnicare's practices regarding pending co-pays while awaiting LICS coding updates. |
| 2. | **Robert Dries**<br>Senior Vice President - Operations Finance | Omnicare's implementation of Medicare Part D and interactions with Medicare Part D Plans and PBMs. |
| 3. | **Gary Erwin**<br>Senior Vice President, Clinical Services | Omnicare's consultant pharmacist program; Omnicare's antipsychotic medication policies and recommendations; Omnicare's clinical intervention centers. |
| 4. | **Timothy Hopkins**<br>Senior Vice President of Trade Relations | Corporate oversight of Omnicare's interactions with Medicare Part D Plans and PBMs; Omnicare's practices regarding pending co-pays while awaiting LICS coding updates. |
| 5. | **Jim Stultz**<br>**Vice President - Billing** | Omnicare's billing systems and claim submissions to relevant PBMs. |

|    | Name | Subjects of Information |
|----|------|------------------------|
| 6. | Barbara Zarowitz<br>Chief Clinical Officer, Vice President of Clinical Services | Omnicare's antipsychotic medication policies and recommendations. |

It is Omnicare's position that narrowly-focused discovery concerning the core issues in this case is the appropriate way to proceed with limited discovery from third parties. However, Relator has indicated by inclusion of statements in the parties' Joint Report that it is considering the need for orders regarding sampling of claims and to preserve long term care facilities' "patient records, records of consulting pharmacist performance, and policies and procedures relevant to the Relator's allegations." Joint Report § 12. Should broad third-party discovery be permitted, Omnicare contemplates discovery from the following sources:

|    | Name | Subjects of Information |
|----|------|------------------------|
| 7. | Relevant employees of pharmacy benefit manufacturers with which Fox Insurance contracted to administer Part D plans. | Practices concerning utilization management, including prior authorization; practices concerning payment of claims for atypical antipsychotic drugs; practices concerning alleged prescription splitting; and practices in which co-pays are placed on hold, pending determination of beneficiary financial status. |

|     | Name | Subjects of Information |
| --- | --- | --- |
| 8. | Relevant employees of pharmacies that provided services to enrollees in Fox Insurance Part D plans. | Industry practice concerning utilization management, including prior authorization; practices concerning payment of claims for atypical antipsychotic drugs; practices concerning alleged prescription splitting; and practices in which co-pays are placed on hold, pending determination of beneficiary financial status. |
| 9. | Relevant employees of Part D plans other than Fox Insurance to which Omnicare provided services to beneficiaries. | Industry practice concerning utilization management, including prior authorization; practices concerning payment of claims for atypical antipsychotic drugs; practices concerning alleged prescription splitting; and practices in which co-pays are placed on hold, pending determination of beneficiary financial status. |