Attachment B

Defendants' Initial Disclosures

List of Experts for Initial Disclosures

(January 21, 2012)

While Defendants anticipate that expert witnesses will be used at trial, Defendants have not yet identified which experts will be asked to testify. Defendants reserve the right to retain expert witnesses to testify at trial, and will supplement this response as needed.