Attachment C
Defendants' Initial Disclosures
Categories of Documents Defendants May Use to Support
Claims or Defenses
January 21, 2012

1. Policies and procedures concerning the four substantive theories of liability contained in Relator's Second Amended Complaint.

2. Correspondence with Fox's pharmacy benefit manufacturers (PBMs) regarding PBM obligations to reimburse Omnicare for co-pays paid to PDP sponsors by Medicare as Low Income Subsidies.

3. Documents reflecting Omnicare's consultant pharmacist guidelines concerning review of antipsychotic drugs for long term care facility residents.

4. Relevant contracts between Omnicare and Fox's PBMs.

5. Documents reflecting Omnicare's role in Part D plan beneficiaries' appeals of claim denials.

6. Policies and procedures governing dispensing antipsychotic medications.

7. Documents concerning refills of prescriptions and dispensing fees.

8. Statutorily-approved compendia listings for atypical antipsychotic drugs.

9. Documents reflecting wide industry knowledge of claims alleged in Relator's Second Amended Complaint.

10. Electronic claims data concerning specific patients identified in Relator's Second Amended Complaint.

11. Consultant pharmacist records concerning specific patients identified in Relator's Second Amended Complaint.

Defendants reserve the right to supplement or amend Attachment C as discovery and other circumstances warrant.