IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. FOX RX, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OMNICARE, INC., and NEIGHBORCARE, INC., <br><br> Defendants. | Civil Action No.: 1:11-CV-0962-WSD |

## JOINT DETAILED DISCOVERY PLAN

The Relator, Fox Rx, Inc., and the Defendants, Omnicare, Inc., and NeighborCare, Inc., (collectively "Parties") jointly submit this detailed discovery plan in response to the Court's January 30 emailed request for such a plan and in conformity to Paragraph 11 of the Court's Standing Order Regarding Civil Litigants.

## Fact Discovery

1. **Day 1**[1] Fact discovery commences.

2. **Days 1 – 30** Service of First Requests (including requests for production and inspection, interrogatories, and requests for admission).

3. **Days 31 – 61** Responses due to First Requests.

4. **Days 45 – 90** Parties serve requests for production and/or inspection on third parties.

5. **Days 75 – 120** Third-party responses due to requests.

6. **Day 100 – 120** Requests for Production to CMS served (pursuant to regulations).

7. **Day 160 – 180** CMS responses to requests for production due.

8. **Day 210** Fact Discovery Ends and all responses due.

## Expert Discovery

9. **Day 210** Designation of Affirmative Experts & Reports Filed

10. **Days 230 – 245** Depositions of Affirmative Experts

11. **Day ~~270~~ 250** Counter-Designation of Rebuttal Experts & Reports Filed

12. **Days ~~280 – 295~~ 260 – 275** Depositions of rebuttal experts.

13. **Day ~~300~~ 275** Expert Discovery period ends.[2]

---

[1] This numbering scheme assumes that Day 1 is ~~a Monday.~~ February 22, 2012.

[2] The parties intend to exclude from this schedule trial preparation Requests for Admissions, such as requests to admit authenticity of documents, which may take place after the close of fact discovery as permitted by the Court.

Respectfully submitted, this 22nd day of February 2012.

/s/ *Barry A. Weprin*

Counsel for Relator

MILBERG LLP-NY
Barry A. Weprin
(Admitted *pro hac vice*)
NY Bar. No. 1529296
bweprin@milberg.com
Kirk E. Chapman
(Admitted *pro hac vice*)
NY Bar. No. 2425650
kchapman@milberg.com
Anna C. Dover
(Admitted *pro hac vice*)
NY Bar. No. 4396909
adover@milberg.com
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Attorneys for Relator*

THE VERNIA LAW FIRM
Benjamin J. Vernia (Admitted *pro hac vice*)
D.C. Bar. No. 441287
bvernia@vernialaw.com
1455 Pennsylvania Avenue. N.W., Suite 400
Washington, DC 20004
Telephone: (202) 349-4053
Facsimile: (866) 572-6728

*Attorneys for Relator*

/s/ *Phyllis B. Sumner*

Counsel for Defendant

KING & SPALDING LLP
Richard L. Shackelford
Georgia Bar No. 636825
rshackelford@kslaw.com
Phyllis B. Summer
Georgia Bar No. 692165
psumner@kslaw.com
Michael E. Paulhus
Georgia Bar No. 567808
mpaulhus@kslaw.com
1180 Peachtree Street
Atlanta, GE 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Attorneys for Defendants*

COCHRAN, CHERRY, GIVENS,
SMITH, SISTRUNK & SAMS, P.C.
Hezekiah Sistrunk, Jr.
Jane Lamberti Sams
Georgia Bar No. 432025
jls@sistrunklaw.com
Shean DeCarlos Williams
The Candler Building
127 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30303
Telephone:  (404) 222-9922
Facsimile:   (404) 222-0170

*Attorneys for Relator*