UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel, and FOX RX, INC., <br><br>           Plaintiffs, <br><br>vs. <br><br>OMNICARE, INC. and NEIGHBORCARE, INC., <br><br>           Defendants. | CIVIL ACTION FILE <br><br>NO. 1:11-cv-962-WSD |

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of Defendants' Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 23rd day of May, 2014.

                                          JAMES N. HATTEN
                                          CLERK OF COURT

                                  By:  <u>s/ A. Coleman</u>
                                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  May 23, 2014
James N. Hatten
Clerk of Court

By:  <u>s/ A. Coleman</u>
       Deputy Clerk